IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY WILLIAMS,** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION NO. 23-00308-TFM-B |
| **LINDA DARRINGTON,** *et al.*, | * |
| **Defendants.** | * |

## REPORT AND RECOMMENDATION

This action is before the Court on review. On August 14, 2023, Plaintiff Wendy Williams filed an untitled document that the Court construed as a complaint. (Doc. 1). This action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) for consideration and disposition or recommendation on all pretrial matters as may be appropriate. (Doc. 2).

In an order dated August 15, 2023, the undersigned noted that when Williams initiated this action, she failed to either pay the filing fee or file a motion to proceed without prepayment of fees as required. (Doc. 3 at 1). Accordingly, the undersigned directed Williams to either pay the filing fee or file a motion to proceed without prepayment of fees by August 29, 2023. (Id.). The undersigned cautioned Williams that failure to comply with the Court's order within the prescribed time would result in a recommendation that this action be dismissed without prejudice for

failure to prosecute and failure to obey the Court's order. (Id. at 2).[1]

On August 16, 2023, and again on August 18, 2023, Williams filed unsigned and untitled documents that were apparently intended to be amended complaints. (Docs. 5, 6). However, to date, Williams has neither paid the filing fee nor filed a motion to proceed without prepayment of fees, in contravention of the Court's order for her to either pay the filing fee or file a motion to proceed without prepayment of fees by August 29, 2023. Williams has not requested additional time to comply with the Court's order, she has not indicated that she is unable to comply with the Court's order, and she has provided no explanation for her failure to timely comply with the Court's order. Additionally, the docket reflects that none of the orders or documents sent to Williams in this case have been returned to the Court as undeliverable.

A court "may *sua sponte* dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) if the plaintiff fails to comply with court rules or a court order." Smith v. Bruster, 424 F. App'x 912, 914 (11th Cir. 2011) (per curiam) (citing Fed. R. Civ. P. 41(b); Betty K Agencies, Ltd. v. M/V Monada, 432 F.3d 1333, 1337 (11th Cir. 2005)). "In addition to its power under Rule 41(b), a

---

[1] The undersigned directed the Clerk of Court to send Williams a copy of this Court's form for a motion to proceed without prepayment of fees. (Doc. 3 at 2).

court also has the inherent ability to dismiss a claim in light of its authority to enforce its orders and provide for the efficient disposition of litigation." Zocaras v. Castro, 465 F.3d 479, 483 (11th Cir. 2006) (citing Link v. Wabash R.R., 370 U.S. 626, 630-31 (1962)).  To dismiss an action with prejudice for failure to prosecute, comply with the Federal Rules of Civil Procedure, or follow a court order, the court must find "a clear record of delay or willful conduct and that lesser sanctions are inadequate to correct such conduct." Betty K Agencies, 432 F.3d at 1339.  "While dismissal is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989).

As noted previously, Williams has made no apparent attempt to comply with the Court's order directing her to either pay the filing fee or file a motion to proceed without prepayment of fees by August 29, 2023, despite the undersigned's clear warning that her failure to timely comply with the order would result in a recommendation that this action be dismissed.  Williams has not explained her failure to comply with the Court's order, she has not indicated that she is unable to comply, and she has not sought additional time within which to comply.  Williams' failure to comply with this Court's simple directives suggests that she has lost interest in and abandoned the prosecution of this action.  In

3

light of Williams' failure to prosecute this action, and her failure to obey this Court's order by timely paying the filing fee or filing a motion to proceed without prepayment of fees as directed, it is recommended that this action be **DISMISSED without prejudice** pursuant to Rule 41(b) and this Court's inherent authority.

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law.  Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); S.D. Ala. GenLR 72(c).  The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object.  In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."  11th Cir. R. 3-1.

In order to be specific, an objection must identify the

4

specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found.  An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** this **8th** day of **September, 2023.**

　　　　　　　　　　　　　　　　　　__/s/ SONJA F. BIVINS__
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**